JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS GREENE**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>**SELECT FUNDING, LLC**,<br><br>Defendant. | No. 2:20-cv-07333-RGK-KS<br><br>[~~PROPOSED~~] **DISMISSAL ORDER** |

1   **IT IS HEREBY ORDERED**, pursuant to the Joint Stipulation of the Parties, this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Unless the matter is reinstated by Plaintiff within sixty (60) days after the entry of this order, the parties shall file a Proposed Stipulated Dismissal Order that converts the dismissal to a dismissal of the matter **with prejudice**, no later than **April 20, 2021.** Each Party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 19, 2021

By: /s/ Gary Klausner
Hon. R. Gary Klausner
United States District Judge