UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS GREENE**, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>   v.<br><br>**SELECT FUNDING, LLC**,<br><br>       Defendant. | No. 2:20-cv-07333-RGK-KS<br><br>**[~~PROPOSED~~] DISMISSAL ORDER** |

   **IT IS HEREBY ORDERED**, pursuant to the Joint Stipulation of the Parties (*see* Dkt. 31), and this Court's Order dated February 19, 2021 (*see* Dkt. 30), this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party shall bear their own costs and attorneys' fees.

Dated: April 20, 2021                    **SO ORDERED**,

                                         By: _____
                                              Hon. R. Gary Klausner
                                              United States District Judge